ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Lucius A. Gilliam ) | ASBCA No. 59152 |
| ) | |
| Under Contract No. 000000-00-0-0000 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Lucius A. Gilliam

APPEARANCE FOR THE GOVERNMENT:     Elliot J. Clark, Jr., Esq.
                                    Deputy General Counsel
                                    Defense Commissary Agency
                                    Fort Lee, VA

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket. The Board expresses no opinion on any future filing appellant may make.

Dated:  17 April 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59152, Appeal of Lucius A. Gilliam, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals